UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GUARDIAN INSURANCE & ANNUITY COMPANY, INC., | Case No.1:13-cv-360 |
| Plaintiff, | Judge Timothy S. Black |
| v. | |
| LANCE M. WHITE | |
| and | |
| KATHRYN ANN BRANSOM, | |
| Defendants. | |

**Minutes for a Bench Trial (Day 2) before**
**TIMOTHY S. BLACK, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Mary Rogers
**LAW CLERK:** Taryn Lewis
**COURT REPORTER:** Jodie Perkins, Official

**DATE:** September 30, 2014         **TIME:** 9:30 a.m. (12-1:30) to 4:00p.m.

---

**Attorney for Defendant Lance M. White:**      **Attorney for Defendant Kathryn Ann Bransom:**

James McCarthy                                  Jeffery Burd
Peter O'Shea

**PROCEDURES**

_x_ Counsel present

_x_ Court addressed counsel

_x_ Defendant Bransom calls witnesses

**WITNESSES:** Rob Bransom, Kathryn Ann Bransom, Kelley Raschke (video deposition); Robin Stringer

**Remarks:** Bench trial continues; Defendant Bransom calls Rob Bransom, Kathryn Bransom, Kelley Raschke, and Robin Stringer; all sworn, testimony offered; Defendant Branson rests. Exhibits marked, admitted, with objections/rulings as noted on the record; evidence closed: Defendant White orally moved for Judgment as Matter of Law, argument heard; motion denied. Closing arguments heard. Trial concluded. Briefing schedule established.