IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC., | : | Case No. 1:13-CV-360 |
| Plaintiff, | : | (Judge Timothy S. Black) |
| v. | : | |
| LANCE M. WHITE | : | **ORDER DIRECTING DISTRIBUTION OF INTERPLEADER FUNDS** |
| and | | |
| KATHRYN ANN BRANSOM | : | |
| Defendants. | : | |

With the consent of Defendant Lance M. White and Defendant Kathryn Ann Bransom, the Court orders and directs as follows:

The Clerk of Court will issue a check payable to Lance M. White in the amount of $505,208.34 from the funds deposited by The Guardian Insurance & Annuity Company, Inc. with the registry of the Court.

The Clerk of Court will issue a check payable to Kathryn Ann Bransom in the amount of $505,208.33 from the funds deposited by The Guardian Insurance & Annuity Company, Inc. with the registry of the Court.

All other matters having been resolved and/or settled, the Court dismisses this case with prejudice. The case is closed on the docket of the Court. The Court retains jurisdiction of this case to enforce and/or assure distribution of the interpleaded funds.

_____
Judge Timothy S. Black
United State District Judge

KTBH: 4823-8356-7392, v. 1